People v Case (2025 NY Slip Op 03338)

People v Case

2025 NY Slip Op 03338

Decided on June 4, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 4, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
ROBERT J. MILLER
DEBORAH A. DOWLING
LAURENCE L. LOVE, JJ.

2024-11263
 (Ind. No. 74015/21)

[*1]The People of the State of New York, respondent,
v
Oliver Case, appellant.

Oliver Case, Romulus, NY, appellant pro se.
Eric Gonzalez, District Attorney, Brooklyn, NY (Marie John of counsel), for respondent.

DECISION & ORDER
Application by the defendant, inter alia, for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Kings County, rendered December 8, 2023.
ORDERED that the branch of the application which is for a writ of error coram nobis seeking leave to file a late notice of appeal from the judgment is denied as unnecessary, as the defendant's motion pursuant to CPL 460.30 for an extension of time to take an appeal from the judgment was granted by decision and order on motion of this Court dated December 2, 2024, and the moving papers were deemed to constitute a timely notice of appeal; and it is further,
ORDERED that the application is otherwise denied.
IANNACCI, J.P., MILLER, DOWLING and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court